No. 164. McBRIDE *v.* WASHINGTON. Jurisdictional statement submitted September 10, 1935. Decided October 14,

1935. *Per Curiam:* The appeal herein is dismissed for the want of a properly presented federal question. *Godchaux Co.* v. *Estopinal,* 251 U. S. 179; *Rooker* v. *Fidelity Trust Co.,* 261 U. S. 114, 117; *St. Louis & San Francisco R. Co.* v. *Shepherd,* 240 U. S. 240, 241. *Messrs. Walter Schaffner* and *Stiles W. Burr* for appellant. No appearance for appellee.